UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOME SFR BORROWER LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION H-18-979 |
| TAMULA SCOTT, | § |
| *Defendant*. | § |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION AND ORDER OF REMAND

Pending before the court is a memorandum and recommendation ("M&R") filed by Magistrate Judge Nancy Johnson. Dkt. 6. The Magistrate Judge recommends remanding the action for want of removal jurisdiction. *Id.* No objections were filed. After reviewing the M&R, notice of removal, and applicable law, the court agrees with the Magistrate Judge that the action be remanded. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL and the action is REMANDED to the Harris County Justice of the Peace for Precinct 4, Place 2.

Signed at Houston, Texas on October 25, 2018.

_____
Gray H. Miller
United States District Judge